THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BENEDETTO RANDOZZO, Appellant.

*People v. Randozzo*, 174 App. Div. 853, appeal dismissed.
(Submitted April 14, 1919; decided April 22, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1916, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of kidnapping.

The motion was made upon the ground of failure to file the return.

*Edward Swann, District Attorney* (*Charles W. Gould* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.